# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1480
_____

ALLEN PULLEN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

October 1, 2025

PER CURIAM.

DISMISSED. *Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003).

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Allen Pullen, pro se, Petitioner.

No appearance for Respondent.